UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
RIFAT ATAY,

               Plaintiff

          - against -                           **ORDER ADOPTING REPORT**
                                                        **AND RECOMMENDATION**

84-70 129TH STREET OWNERS CORP., NEW         18-CV-1715 (RJD) (JO)
BEDFORD MANAGEMENT CORP., and YANO
REALTY, LLC,
               Defendants.
------------------------------------------------------------ x
DEARIE, District Judge

       There being no objections to Magistrate Judge Orenstein's Report & Recommendation dated January 15, 2019, recommending approval of the parties' proposed settlement, the Court adopts the Report & Recommendation in its entirety. Accordingly, the Court hereby grants the parties' Joint Motion for Approval of the Settlement and Release Agreement, ECF No. 25, as modified by the Amended Settlement and Release Agreement filed on December 9, 2018, ECF No. 27, and executed and filed with the Court on January 15, 2019, ECF No. 29.

SO ORDERED.

Dated: Brooklyn, New York
       February 4, 2019

                                                        s/ Raymond J. Dearie
                                                    RAYMOND J. DEARIE
                                                    United States District Judge
                                                    UNITED STATES DISTRICT JUDGE